**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7012**

———————

HENRY JEROME CARPENTER,

Plaintiff - Appellant,

versus

C. BATES; A. CUMMINGS; B. PENNINGTON; CORPORAL
MASON; CHARLES VAN METER; MARTHA A. WANNA-
MAKER, Warden, DCI,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill. Charles E. Simons, Jr., Senior Dis-
trict Judge. (CA-95-3355-0-6BD)

———————

Submitted: December 11, 1997     Decided: December 30, 1997

———————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Henry Jerome Carpenter, Appellant Pro Se. Edwin Calhoun Haskell,
III, SMITH & HASKELL, Spartanburg, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Carpenter v. Bates</u>, No. CA-95-3355-0-6BD (D.S.C. June 12, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>